**FILED BY** \_\_\_\_ **CR**
Deputy Clerk

**Sep 21, 2018**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Miami

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **18-20767-CR-SCOLA/TORRES**

18 U.S.C. § 1512(c)(2)
18 U.S.C. § 1512(k)
18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)

UNITED STATES OF AMERICA

vs.

JUAN PABLO MOSQUERA OVIEDO and
JUAN CARLOS DAVILA BONILLA,

    Defendants.

_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning on or about August 23, 2018, and continuing through the date of the return of this Indictment, in the country of Colombia, and elsewhere, the defendants,

**JUAN PABLO MOSQUERA OVIEDO and
JUAN CARLOS DAVILA BONILLA,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, to corruptly obstruct, influence, and impede an official proceeding, that is, a federal Grand Jury proceeding in the Southern District of Florida, in violation of Title 18, United States Code, Section 1512(c)(2); all in violation of Title 18, United States Code, Section 1512(k).

## COUNT 2

Beginning on or about August 23, 2018, and continuing through the date of the return of this Indictment, in the country of Colombia, and elsewhere, the defendants,

**JUAN PABLO MOSQUERA OVIEDO and
JUAN CARLOS DAVILA BONILLA,**

did corruptly attempt to obstruct, influence, and impede an official proceeding, that is, a federal Grand Jury proceeding in the Southern District of Florida, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **JUAN PABLO MOSQUERA OVIEDO** and **JUAN CARLOS DAVILA BONILLA**, have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1512, as alleged in this Indictment, the defendants shall each forfeit to the United States all property, real or personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C), which is made criminally applicable by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code Section 2461(c).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

JOSEPH M. SCHUSTER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JUAN PABLO MOSQUERA OVIEDO and
JUAN CARLOS DAVILA BONILLA,

Defendants.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami ___ Key West    New Defendant(s)       Yes ___ No ___
___ FTL   ___ WPB  ___ FTP   Number of New Defendants
                              Total number of counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   3-4   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I    0 to 5 days        _X_        Petty        ___
   II   6 to 10 days       ___        Minor        ___
   III  11 to 20 days      ___        Misdem.      ___
   IV   21 to 60 days      ___        Felony       _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___   No _X_

JOSEPH M. SCHUSTER
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5502182

*Penalty Sheet(s) attached                                            REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: JUAN PABLO MOSQUERA OVIEDO

Case No: _____

Count #: 1

Conspiracy to Obstruct an Official Proceeding

Title 18, United States Code, Section 1512(k)

*Max. Penalty:     20 Years' Imprisonment

Count #: 2

Attempt to Obstruct an Official Proceeding

Title 18, United States Code, Sections 1512(c)(2) and 2

*Max. Penalty:     20 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  **JUAN CARLOS DAVILA BONILLA**

Case No: _____

Count #: 1

Conspiracy to Obstruct an Official Proceeding

Title 18, United States Code, Section 1512(k)

*Max. Penalty:     20 Years' Imprisonment

Count #: 2

Attempt to Obstruct an Official Proceeding

Title 18, United States Code, Sections 1512(c)(2) and 2

*Max. Penalty:     20 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.