AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>JUAN PABLO MOSQUERA OVIEDO and<br>████████████████████<br>Defendants. | ) ) ) ) ) ) | Case No.<br>**18-20767-CR-SCOLA/TORRES** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     JUAN PABLO MOSQUERA OVIEDO

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to obstruct an offical proceeding, Title 18, United States Code, Section 1512(k);
Attempt to obstruct an official proceeding, Title 18, United States Code, Sections 1512(c)(2) and 2

Date: 9/21/2018

City and state:     Miami, Florida

*Issuing officer's signature*

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____ |
| Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: **JUAN PABLO MOSQUERA OVIEDO**

**PTD**
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA  Joseph M. Schuster

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): **ROBERT LUKENS, DEA**
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)