UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> JUAN PABLO MOSQUERA OVIEDO ) <br> Defendant ) <br> _____/ | Case No. 18-cr-20767 <br> Hon. Robert N. Scola |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE of the appearance of the undersigned, Andrew S. Feldman, pursuant to Local Rule 11.1(d) as trial counsel only for Defendant JUAN PABLO MOSQUERA OVIEDO in the above-styled cause. The undersigned requests that any and all pleadings, correspondence, and other matters pertaining to this case be directed to the undersigned.

Respectfully submitted,

s/Andrew S. Feldman\_\_\_\_

Feldman Firm PLLC
Southeast Financial Center
200 S. Biscayne Blvd, Suite 2770
Miami, Florida 33131
Office: 305.714.9474
Facsimile: 305.714.9555
Email: afeldman@feldmanpllc.com
Florida Bar Number: 60325

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the following was served via CM/ECF on all parties authorized to receive service.

s/Andrew S. Feldman