UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20767-SCOLA

**UNITED STATES OF AMERICA**

vs.

**JUAN PABLO MOSQUERA OVIEDO,**

    **Defendant.**
_____/

## JOINT MOTION TO CONTINUE TRIAL

The United States of America, by and through the undersigned Assistant United States Attorney, joined by Andrew S. Feldman, Esq., counsel for defendant Juan Pablo Mosquera Oviedo ("Mosquera Oviedo"), hereby respectfully requests that, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), this Honorable Court grant a 90-day continuance for the calendar call, pretrial hearings, and trial until the trial period beginning on or around October 4, 2021, and states as follows:

1. This is the Parties' second motion for a continuance for this defendant's trial.

2. Defendant Mosquera Oviedo is charged with conspiracy to obstruct justice, in violation of Title 18, United States Code, Sections 1512(c)(2) and 1512(k), and attempt to obstruct justice, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2 (D.E. 3).

3. On January 27, 2020, the Defendant made his initial appearance before the Honorable Lisette M. Reid, United States Magistrate Judge (D.E. 20).

4. On February 24, 2020, this Honorable Court granted the parties' joint motion to continue, and scheduled trial for June 22, 2020 (D.E. 22).

5. On July 9, 2020, the Defendant's change of plea hearing converted to a status conference (D.E. 26).

6. On July 26, 2020, attorney Andrew S. Feldman entered his appearance for the Defendant (D.E. 30).

7. On July 27, 2020, this Honorable Court scheduled the Defendant's trial for November 9, 2020 (D.E. 31, 33).

8. On November 2, 2020, this Honorable Court scheduled the Defendant's trial for April 12, 2021 (D.E. 38).

9. On April 1, 2021, this Honorable Court scheduled the Defendant's trial for July 6, 2021 (D.E. 49).

10. The Defendant's only codefendant, Juan Carlos Davila Bonilla, has pled guilty (D.E. 43) and is scheduled for sentencing on August 20, 2021 (D.E. 53).

11. The parties are attempting to resolve the case with a plea and need the additional requested time to work through the related legal issues.   If the parties are not able to resolve the case with a plea, the government will need to arrange for the appearance of several witnesses from Colombia and needs sufficient time to obtain the proper approvals for such travel.

12. The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.   See 18, U.S.C., § 3161(h)(7)(A).

13. As noted above, undersigned counsel consulted with Andrew S. Feldman, Esq., counsel for the Defendant, who joins this motion.

Therefore, the parties respectfully request that this Honorable Court grant a 90-day continuance for the calendar call, pretrial hearings, and trial until the trial period beginning on or around October 4, 2021.

                              Respectfully submitted,
                              JUAN ANTONIO GONZALEZ
                              ACTING UNITED STATES ATTORNEY

By:    /s/ *Joseph M. Schuster*
        Joseph M. Schuster
        Assistant United States Attorney
        Southern District of Florida
        Court ID # A5502182
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9336
        Fax: (305) 530-7976
        joseph.schuster@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Joseph M. Schuster*
Joseph M. Schuster
Assistant United States Attorney