**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-20767-CR-SCOLA**

**UNITED STATES OF AMERICA**

v.

**JUAN PABLO MOSQUERA OVIEDO,**

    **Defendant.**
_____/

**UNITED STATES OF AMERICA'S TRIAL EXHIBIT LIST**

The United States of America, by and through the undersigned Assistant United States Attorney, submits this list of exhibits that it intends to offer into evidence in its case-in-chief. The United States requests leave to add exhibits as may be needed during trial and reserves its right to offer other exhibits in rebuttal.

                                            Respectfully submitted,

                                            JUAN ANTONIO GONZALEZ
                                            ACTING UNITED STATES ATTORNEY

                       By:    *s/ Joseph M. Schuster*
                                Joseph M. Schuster
                                Assistant United States Attorney
                                Court ID No. A5502182
                                99 NE 4th Street
                                Miami, FL 33132
                                Tel: (305) 961-9336
                                Fax: (305) 530-7976
                                joseph.schuster@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Joseph M. Schuster*
Assistant United States Attorney

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

**United States v. Juan Pablo Mosquera Oviedo**

EXHIBIT LIST

CASE NUMBER: **18-20767-CR-SCOLA**

| PRESIDING JUDGE<br>Honorable Robert N. Scola, Jr.,<br>United States District Judge | ASSISTANT UNITED STATES ATTORNEY<br>Joseph M. Schuster / Jason Wu | DEFENDANTS' ATTORNEYS<br>Andrew Feldman, Esq.<br>Daniel Hentschel, Esq. |
|---|---|---|
| TRIAL DATE(S)<br>October 13 – X, 2021 | COURT REPORTER | COURTROOM DEPUTY<br>Jacob M. Hasbun |

| USA.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | DATE<br>ADMITTED | WITNESS | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | August 23, 2018 audio recording of meeting between CS-1 and Davila |
| 1A | | | | | Transcript of excerpts of August 23, 2018 audio recording of meeting between CS-1 and Davila |
| 2 | | | | | August 27, 2018 audio recording of call between CS-1 and Davila |
| 2A | | | | | Transcript of August 27, 2018 audio recording of call between CS-1 and Davila |
| 3 | | | | | August 28, 2018 audio recording of call between CS-1 and Davila |
| 3A | | | | | Transcript of August 28, 2018 audio recording of call between CS-1 and Davila |
| 4 | | | | | August 28, 2018 audio recording of meeting between CS-1, Davila and Davila's partner |
| 4A | | | | | Transcript of excerpts of August 28, 2018 audio recording of meeting between CS-1, Davila and Davila's partner |
| 5 | | | | | August 29/30, 2018 video recording of meeting between CS-1, CS-2 and Davila |
| 5A | | | | | Transcript of August 29/30, 2018 video recording of meeting between CS-1, CS-2 and Davila |
| 6 | | | | | August 31, 2018 audio recording of call between CS-1 and Davila |
| 6A | | | | | Transcript of August 31, 2018 audio recording of call between CS-1 and Davila |
| 7 | | | | | September 6, 2018 audio recording of meeting between CS-1, CS-2, and Davila – Part 1 (duration 50:07) |

| | | | | | |
|---|---|---|---|---|---|
| 7A | | | | | Transcript of September 6, 2018 audio recording of meeting between CS-1, CS-2, and Davila – Part 1 (duration 50:07) |
| 8 | | | | | September 6, 2018 audio recording of meeting between CS-1, CS-2, and Davila – Part 2 (duration 17:04) |
| 8A | | | | | Transcript of September 6, 2018 audio recording of meeting between CS-1, CS-2, and Davila – Part 2 (duration 17:04) |
| 9 | | | | | September 7, 2018 audio recording of call between CS-1 and Davila |
| 9A | | | | | Transcript of September 7, 2018 audio recording of call between CS-1 and Davila (duration 01:45) |
| 10 | | | | | September 8, 2018 audio recording of meeting between CS-1 and Davila (duration 55:11) |
| 10A | | | | | Transcript of September 8, 2018 audio recording of meeting between CS-1 and Davila (duration 55:11) |
| 11 | | | | | September 8, 2018 audio recording of meeting between CS-1 and Davila (duration 11:48) |
| 11A | | | | | Transcript of September 8, 2018 audio recording of meeting between CS-1 and Davila (duration 11:48) |
| 12 | | | | | September 11, 2018 video recording of meeting between CS-1, CS-2 and Davila |
| 12A | | | | | Transcript of September 11, 2018 video recording of meeting between CS-1, CS-2 and Davila |
| 13A&B | | | | | Two surveillance pictures of Defendant Mosquera meeting with Davila in Palmira, Colombia on August 30, 2018 |
| 14 | | | | | Pictures of encrypted text messages between Davila and CS-1 |
| 14A | | | | | Translations of encrypted text messages between Davila and CS-1 |
| 15 | | | | | Picture of Defendant Mosquera in Colombian National Police Uniform |
| 16 | | | | | Two Advice of Rights forms signed by Defendant Mosquera, dated October 3, 2018 and October 4, 2018 |
| 17 | | | | | Audio recording of law enforcement's post-*Miranda* interview with Defendant Mosquera |
| 17A | | | | | Transcript of law enforcement's post-*Miranda* interview with Defendant Mosquera |
| 18 | | | | | Filed indictment in *United States v. Jamin Cordoba-Rengifo, et al.*, Case No. 18-20985-CR-Altonaga (D.E. 1) |
| 19 | | | | | Plea agreement for Juan Carlos Davila Bonilla |