UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20767-CR-SCOLA

**UNITED STATES OF AMERICA**

vs.

**JUAN PABLO MOSQUERA OVIEDO,**

      **Defendant.**

_____/

**UNITED STATES OF AMERICA'S TRIAL WITNESS LIST**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits this list of witnesses that the United States intends to call during its case-in-chief. The United States requests leave to call additional witnesses as may be needed during trial and reserves its right to call other witnesses in rebuttal.

1. Michael Jimenez, Drug Enforcement Administration
2. Carlos Giraldo, Drug Enforcement Administration
3. Shawn Quigley, Drug Enforcement Administration
4. Willivan Rojas, Drug Enforcement Administration
5. Carlos Muvdi, Drug Enforcement Administration
6. N.C., Colombian Law Enforcement Officer

1

7. Juan Carlos Davila Bonilla

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        ACTING UNITED STATES ATTORNEY

By:   /s/ *Joseph M. Schuster*
      Joseph M. Schuster
      Assistant United States Attorney
      Southern District of Florida
      Court ID # A5502182
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9336
      Fax: (305) 530-7976
      joseph.schuster@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                       *s/ Joseph M. Schuster*
                                       Assistant United States Attorney