United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) |
| | ) Criminal Case No. 18-cr-20767 |
| Juan Pablo Mosquera Oviedo, | ) |
| Defendant. | ) |
| | ) |

**Trial Order**

This case is set to begin trial on **Wednesday October 13, 2021, at 8:30 A.M**. The Court **orders** the parties to file their witness lists and exhibit lists by **October 8, 2021**. The parties should endeavor to tailor their witness lists to include only those witnesses whom they reasonably believe they will call to testify. If a party does not intend to call any witnesses or to proffer any exhibits, the party must file a *Notice* informing the Court that he or she will not be filing a witness or exhibit list. This *Notice* is due by **October 8, 2021**.

The Court further orders the Government to provide the following documents to the Court by **October 6, 2021 at 12:00 p.m.** for in-camera review: all prior factual statements made by Juan Carlos Davila Bonilla, all notes of the special agent created during trial preparation meetings with Juan Carlos Davila Bonilla, any additional factual statements by Davila during trial preparation meetings which are included in the prosecutor's notes but were not included in the agent's notes, and the grand jury transcript of Special Agent Lukens.

Additionally, in accordance with this Court's Order Setting Trial Date, the Government must turn over to defense counsel all anticipated Jencks Act material no later than **October 13, 2021** at 8:30 a.m.

**Done and ordered**, in chambers, at Miami, Florida, on October 5, 2021.

_____
Robert N. Scola, Jr.
United States District Judge