United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Juan Pablo Mosquera Oviedo,<br>Defendant. | )<br>)<br>)<br>)<br>)   Criminal Case No. 18-20767-CR-Scola<br>)<br>)<br>) |

**Order Following Ex Parte, In Camera Review**
**of Potential Brady/Giglio Materials**

At the calendar call held on October 5, 2021, Defendant informed the Court that the Government, pursuant to its obligations under *Brady/Giglio*, had sent Defendant a letter informing him that during a trial preparation session, a potential witness in the case, Juan Carlos Davila Bonilla, had made some statements that were possibly inconsistent with prior statements Davila had made. The Defendant made an ore tenus motion at the calendar call asking the Court to require the Government to produce additional *Brady/Giglio* materials, including grand jury testimony of a federal agent, notes of a federal agent and the prosecutor's trial preparation notes. In an abundance of caution, the Court ordered the Government to provide the Court all of the statements made by Davila so that the Court could conduct an ex parte, in camera review and determine if additional disclosures were required.

On October 6, 2021, the Government submitted the following documents to the Court for its review:
1. DEA Report of Special Agent Rojas concerning arrest of Davila and a brief post-arrest statement of Davila;
2. Two Prosecution outlines of proposed direct examination of Davila;
3. Proffer submitted to prosecution by Davila's attorney (redacted version and unredacted version);
4. DEA Report concerning phones of Davila;
5. Grand jury testimony of Special Agent Robert Lukens;
6. Stipulated Factual Proffer filed in Davila's criminal case;
7. *Giglio* letter dated 9/2/21 sent to Defendant by prosecutor;
8. Prosecutor's notes relating to *Giglio* questioning of Davila;
9. DEA Report of 3/10/21 proffer of Davila (redacted version and unredacted version);

10. Handwritten notes of Special Agent Lukens of trial preparation session with Davila;

11. *Giglio* letter from prosecutor to Defendant dated October 4, 2021.

The Court has thoroughly reviewed the documents and finds that there are no additional *Brady/Giglio* materials within the documents which require disclosure to the Defendant. The Court, in fact, commends the prosecutor for bringing the appropriate *Brady/Giglio* materials to the attention of the Defendant.

The Defendant's ore tenus motion to produce is denied. This order shall be filed on the public docket but the documents reviewed by the Court shall be filed as Sealed Court Exhibit 1 (composite) to this order and shall be sealed for 20 years and then destroyed by the Clerk.

**Done and Ordered** in Chambers at Miami, Florida, on October 6, 2021.

_____
Robert N. Scola, Jr.
United States District Judge