# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| v. § | Case No. 18-CR-20767-RNS |
| § | |
| JUAN PABLO MOSUQERA OVIEDO § | |

## JUAN PABLO MOSQUERA OVIEDO'S EXHIBIT LIST

JUAN PABLO MOSQUERA OVIEDO respectfully files this Proposed Exhibit List which is attached herein. Mosquera reserves his right to amend or supplement the Proposed Exhibit List.

         Respectfully submitted,

         */s/ Andrew S. Feldman*
         Andrew S. Feldman (pro hac vice)
         afeldman@feldmanpllc.com
         FELDMAN FIRM PLLC
         150 Southeast 2nd Avenue, Suite 600
         Miami, Florida  33131
         Telephone (305) 714-9474

         */s/ Daniel Hentschel*
         Daniel Hentschel
         Hentschel & Lanza PLLC
         2665 South Bayshore Drive
         Ste 220
         Miami, FL 33133
         305-440-4015
         Fax: 305-440-4018
         Email: dhentschel@hxl-law.com
         ***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, the foregoing has been served on counsel of record by Notice of Electronic filing via CM/ECF.

*/s/ Andrew S. Feldman*
**ANDREW S. FELDMAN**

# EXHIBIT LIST

| EXHIBITS | Pages / Time | Exhibit # | Admitted |
|---|---|---|---|
| Davila Bonilla Factual Proffer | 4 | | |
| Email Re Mosquera SIU Training 10721_FW_ International training records_Redacted | 3 | | |
| Jamin Cordoba Rengifo Factual Proffer | 2 | | |
| US v Cordoba Rengifo Dist.S.D.Fla._1-18-cr-20985 (Indictment) | 7 | | |
| US v Mosquera_18-cr-20767 (Indictment) | 6 | | |
| USA v. Armstrong, et al - Patrick D Liljebeck _92-cr-00007 (E.D. Ark.) (Docket Sheet) | 2 | | |
| USA v. Cordoba-Rengifo et al 18cr20985_ (Docket Sheet) | 9 | | |
| USA v. Liljebeck - Patrick Dale Liljebeck _93-cr-00105 (ED Ark) (Docket Sheet) | 7 | | |