# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> v. § <br> § <br> JUAN PABLO MOSQUERA OVIEDO § | Case No. 18-CR-20767-RNS |

## NOTICE REGARDING WITNESSES FOR JUAN PABLO MOSQUERA OVIEDO

Pursuant to the Court's Order, Dkt. No. 62, JUAN PABLO MOSQUERA OVIEDO respectfully files this Notice stating that Mr. Mosquera does not plan to call any witnesses at trial. Mr. Mosquera preserves his Fifth and Sixth Amendment right to decide whether to testify in his own defense. Mr. Mosquera also preserves his right to call government witnesses employed by the DEA depending on the evidence adduced at trial.

Respectfully submitted,

*/s/ Andrew S. Feldman*
Andrew S. Feldman (pro hac vice)
afeldman@feldmanpllc.com
FELDMAN FIRM PLLC
150 Southeast 2nd Avenue, Suite 600
Miami, Florida 33131
Telephone (305) 714-9474

*/s/ Daniel Hentschel*
Daniel Hentschel
Hentschel & Lanza PLLC
2665 South Bayshore Drive
Ste 220
Miami, FL 33133
305-440-4015
Fax: 305-440-4018
Email: dhentschel@hxl-law.com
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, the foregoing has been served on counsel of record by Notice of Electronic filing via CM/ECF.

*/s/ Andrew S. Feldman*
**ANDREW S. FELDMAN**