United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Juan Pablo Mosquera Oviedo,<br>Defendant. | )<br>)<br>)<br>)  Criminal Case No. 18-20767-CR-Scola<br>)<br>)<br>) |

## Notice of Filing Factual Proffer in Support of Plea

This matter was before the Court for a change of plea on October 13, 2021. The attached factual proffer was signed and acknowledged by the Defendant during the plea colloquy. There was no written or oral plea agreement.

**Done and Ordered** in Chambers at Miami, Florida, on October 13, 2021.

_____
Robert N. Scola, Jr.
United States District Judge

## **FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA**

If the parties were to proceed to trial, Defendant JUAN PABLO MOSQUERA OVIEDO ("Mosquera") agrees that the government would prove the following facts beyond a reasonable doubt and agrees that these facts are sufficient to prove the Defendant's guilt for Counts 1 and 2 of the Indictment.

Beginning in or around July of 2017, Mosquera began working for a unit known as the special investigations unit (SIU) of the Colombian National Police (CNP) which coordinated its anti-narcotics law enforcement activities with the Drug Enforcement Agency (DEA).

In or around March 15, 2018, the DEA and Colombian law enforcement, seized 49 kilograms of cocaine from a sailboat scheduled to depart Colombia. Mosquera's unit participated in the seizure. Following the seizure of the cocaine, Colombian law enforcement arrested Kylan Patrick Liljebeck, and two other persons and charged them with violations of Colombian law.

In or around August of 2018, a relative of Mosquera coordinated a meeting between co-defendant Davila-Bonilla and Mosquera. Co-Defendant Davila-Bonilla is an international drug trafficker who was convicted of crimes involving the distribution of cocaine in Germany and Italy in 2000 and 2006, respectively.

On August 30, 2018, Mosquera met with Davila-Bonilla in Palmira, Colombia. At the meeting, Davila-Bonilla communicated information provided by Mosquera via text messages to a DEA confidential source about P.L., a target of an ongoing DEA investigation and a fugitive from the U.S. with an outstanding federal warrant for escape from custody in the Eastern District of Arkansas. The text messages included, among other things, DEA intelligence concerning P.L. aliases and DEA surveillance locations for P.L. Mosquera did not provide any information concerning the identities of any confidential DEA sources.

On September 3, 2018, after the DEA learned that Mosquera and Davila-Bonilla, attempted to sell information concerning P.L. to a fictitious drug trafficking organization, DEA agents working with Mosquera and his Unit traveled to Cali, Colombia to meet with Mosquera. During the meeting, the DEA agents falsely advised Mosquera that an indictment and extradition order for P.L. were forthcoming in Miami, Florida.

Shortly after learning this information, Mosquera advised Davila-Bonilla that P.L. was "hot."

On September 6, 2018, during a recorded call with a DEA confidential source, Davila-Bonilla advised that a Miami "request" was imminent and that P.L. should leave Colombia.

On or about December 21, 2018, a grand jury returned an indictment against Kylan Patrick Liljebeck, Ivan Edgardo Ramirez Gonzalez, and Jamin Cordoba-Rengifo in Case No. 18-cr-20895-CMA in this District in connection with the March 2018 seizure referenced herein. The indictment alleged a conspiracy to import more than 5 kilograms of cocaine into the United States. P.L was not named in that indictment and no indictment in the U.S. has been returned against P.L. In October of 2018, and prior to the return of the indictment against the above-defendants, P.L. was captured in Spain by Spanish law enforcement.

Based on the foregoing, Mosquera's conduct constitutes a conspiracy to violate Title 18 U.S.C. Section 1512(c)(2) in violation of 18 U.S.C. Section 1512(k), as charged in Count One of the Indictment, and an attempt to corruptly obstruct or impede an official proceeding in violation of Title 18 U.S.C. Section 1512(c)(2), as charged in Count Two of the Indictment.

_____
JUAN PABLO MOSQUERA OVIEDO
DEFENDANT

10.13.21
DATE

_____
ANDREW S. FELDMAN
ATTORNEY FOR DEFENDANT

10-13-21
DATE

_____
DANIEL HENTSCHEL
ATTORNEY FOR DEFENDANT

10/13/21
DATE