**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case No. 18-CR-20767-RNS |
| | § | |
| JUAN PABLO MOSQUERA OVIEDO | § | |

**DEFENDANT JUAN PABLO MOSQUERA OVIEDO'S**
**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, JUAN PABLO MOSQUERA OVIEDO, by and through his undersigned attorneys, respectfully moves this Honorable Court to continue his sentencing hearing for at least thirty (30) days from the scheduled sentencing hearing date. The Defendant offers the following as grounds:

1. On October 13, 2021, during the Defendant's change of plea hearing, this Honorable Court set the Defendant's sentencing to take place on January 4, 2022. [DE 70].

2. Lead counsel for the Defendant has been in trial in the Eastern District of Texas since November 15, 2021.

3. Counsel anticipates that the trial will continue through the end of December.

4. Counsel plans on filing a sentencing memorandum in preparation of the Defendant's sentencing hearing, which will require significant work to properly address the multiple issues that may arise during sentencing.

5. Thus, the undersigned respectfully requests that this Court grant a continuance of the sentencing hearing in or order to allow sufficient time to prepare.

6. The Government does not oppose this motion.

7.  The Local Rules allow this Honorable Court to grant a continuance in this matter. S. D. Fla. L. Rule 7.1 A.1(g) permits this motion to be filed unaccompanied by a memorandum of law.

**WHEREFORE**, the Defendant, JUAN PABLO MOSQUERA OVIEDO, respectfully requests that this Honorable Court grant the Defendant's motion to continue his sentencing hearing to a date in early February 2022.

Respectfully submitted,

*/s/ Daniel Hentschel*
Daniel Hentschel
Hentschel & Lanza PLLC
2665 South Bayshore Drive
Ste 220
Miami, FL 33133
305-440-4015
Fax: 305-440-4018
Email: dhentschel@hxl-law.com

*/s/ Andrew S. Feldman*
Andrew S. Feldman (pro hac vice)
afeldman@feldmanpllc.com
FELDMAN FIRM PLLC
150 Southeast 2nd Avenue, Suite 600
Miami, Florida  33131
Telephone (305) 714-9474
***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, the foregoing has been served on counsel of record by Notice of Electronic filing via CM/ECF.

*/s/ Daniel Hentschel*
**DANIEL HENTSCHEL**